**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES JOLIVETTE,** | ) NO. CV 15-8767-BRO (KS) |
|        **Petitioner,** | ) |
|        **v.** | ) **JUDGMENT** |
| | ) |
| **STEVE LANGFORD, Warden,** | ) |
|        **Respondent.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 18, 2016

_____
HON. BEVERLY REID O'CONNELL
United States District Judge